UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB S. SILVERMAN,

    Plaintiff,

v.

MENDOCINO COUNTY, et al.,

    Defendants.

Case No. 21-cv-08054 BLF (PR)

**ORDER OF DISMISSAL**

On October 14, 2021, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 and an *in forma pauperis application* ("IFP"). Dkt. Nos. 1 and 2. On the same day, the Clerk notified Plaintiff that the IFP application he filed was deficient for lack of the necessary supporting documents. Dkt. No. 3. Plaintiff was advised that failure to respond within twenty-eight days of the notice would result in the action being dismissed without prejudice. *Id*.

On February 18, 2022, the Court granted Plaintiff an extension of time to file a non-prisoner IFP as Plaintiff indicated that he was out of prison. Dkt. No. 4; s*ee* Dkt. No. 3 at 4. Plaintiff was advised that failure to respond within twenty-eight days of the notice would result in the action being dismissed without prejudice. *Id*.

The deadline for responding to the Clerk's notice has passed, and Plaintiff has failed

to comply or have any other communication with the Court. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  __March 28, 2022____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.21\08054Silverman_dis-ifp

2