UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB S. SILVERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MENDOCINO COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 21-08054 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __March 28, 2022____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.21\08054Silverman_jud